

1:25-cr-00265
**Judge Sunil R. Harjani**
**Magistrate Judge Heather K. McShain**
**RANDOM/CAT 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | Violations: Title 18, United States Code, Sections 2251(a), 2252A(a)(1), 2252A(a)(2)(A), and 2261A(2)(B) |
| ANAS AL MASHHADANI | **UNDER SEAL** |

## COUNT ONE

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about August 20, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANAS AL MASHHADANI,

defendant herein, did knowingly employ, use, persuade, induce, and entice a minor, namely, Victim A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, a video received by defendant at approximately 4:47 p.m. on August 20, 2023, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about August 17, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANAS AL MASHHADANI,

defendant herein, knowingly transported and caused to be transported child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), namely, a video file transported by defendant at approximately 9:10 p.m. on August 17, 2023, using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## **COUNT THREE**

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about August 21, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANAS AL MASHHADANI,

defendant herein, knowingly transported and caused to be transported child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), namely, a video file transported by defendant at approximately 8:50 p.m. on August 21, 2023, using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

**COUNT FOUR**

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about September 2, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANAS AL MASHHADANI,

defendant herein, knowingly distributed and caused to be distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, an image distributed by defendant at approximately 4:17 p.m. on September 2, 2023, using a means and facility of interstate commerce, and shipped and caused to be shipped and transported in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## COUNT FIVE

The SPECIAL APRIL 2024 GRAND JURY further charges:

Beginning on or about August 17, 2023, and continuing until on or about November 29, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANAS AL MASHHADANI,

defendant herein, with the intent to harass and intimidate Victim A, used an interactive computer service, electronic communication service, and electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause, substantial emotional distress to Victim A, and an immediate family member of Victim A;

In violation of Title 18, United States Code, Section 2261A(2)(B)

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY